# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARVIN JEAN-MICHEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1617

[March 28, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case Nos. 2009CF014593CMB, 2010CF000318AMB, and 2010CF000501AMB.

Carey Haughwout, Public Defender, and Jessica A. De Vera, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***